**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

James Isaac Funderburk
Funderburk & Herpin
P. O. Drawer 1030
Abbeville LA 70511-1030

Kevin Roy Rees
Attorney at Law
P. O. Box 1513
Abbeville LA 70511-1513

Donald Wayne Price
Due, Price, Guidry
8201 Jefferson Hwy.
Baton Rouge LA 70809

Christopher H. Hebert
Attorney at Law
701 Robley Dr., #210
Lafayette La 70503

**REHEARING ACTION: January 27, 2010**

**Docket Number: 09   00591-CA**

**LARRY DAVIE MEAUX, ET AL.**
**VERSUS**
**HILCORP ENERGY COMPANY, ET AL.**

**Appealed from Vermilion Parish Case No. 72994**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. Oswald A. Decuir**
    **Hon. Billy Howard Ezell**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Larry Davie Meaux, et al** has this day been

    **DENIED.**

cc: Louis Victor Gregoire  Jr., Counsel for the Appellee
   Alan J. Berteau, Counsel for the Appellee
   Thomas Randolph Juneau, Counsel for the Appellee
   Richard W. Bryan, Counsel for the Appellee
   Christopher B. Bailey, Counsel for the Appellee
   Loulan Joseph Pitre  Jr., Counsel for the Appellee
   Michelle C. Purchner, Counsel for the Appellee
   Charles Collins Garrison, Counsel for the Appellee
   Jason P. Bergeron, Counsel for the Appellee